**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST-CITIZEN BANK & TRUST CO., | Case No. 2:25-cv-07480-ODW (PDx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| K & H CARE LLC et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (Dkt. No. 25), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. Plaintiff shall recover from Defendants **$139,777.99, as follows:**

   a. All Defendants are jointly and severally liable to Plaintiff in the amount of $109,767.99; and

   b. Defendants West Side Vista Properties, LLC and Jose Hernandez Jr. are additionally jointly and severally liable to Plaintiff in the amount of $30,010.

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 5, 2026

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2